## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § | Civil Action No., CV 10-389 NPM/GHL |
| Plaintiff | | Claim No., 2009A58587 |
| vs | | |
| Daniel Brown | | |
| Defendant, | | |

**U.S. DISTRICT COURT - N.D. OF N.Y.**
**FILED**
**JUN 2 5 2010**
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

### JUDGMENT ON FAILURE TO ANSWER

The Plaintiff having filed due proof of the service of the Summons and Complaint in this action upon the defendant, Daniel Brown, more than 20 days since, exclusive of the day of service, and by the affidavit of Douglas M. Fisher, Esq., on behalf of Solomon and Solomon, P.C., Plaintiff's attorney, sworn on June 25, 2010, that the said defendant has not appeared in this action in any manner;

Now on application of Solomon and Solomon, P.C., By Douglas M. Fisher, of counsel, the plaintiff's attorney, it is hereby adjudged that the United States of America, the plaintiff, whose address is c/o Solomon and Solomon, P.C., Five Columbia Circle, Box 15019, Albany, NY 12212-5019 recover of Daniel Brown, defendant, who resides at: 284 West 5th Street, Oswego, NY 13126 damages in the total amount of $4,962.47 plus pre-judgment interest at the rate of 8.00% per annum from June 14, 2010 to the date of judgment, plus costs of $40.00 for a total of 5,002.47.

Dated: June 25, 2010

Lawrence K. Baerman, CLERK

By: _____
Deputy Clerk